UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SHANEESE NICHELLE GIBSON,<br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 2:23-cv-04133-AJR<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of six thousand dollars ($6,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 10/17/23   _____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-